IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LAMESHA RIVARDE DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 2:21-CV-02249-JAR-GEB |
| ) | |
| FARMERS GROUP, INC. ) | |
| ) | |
| Defendant. ) | |

## AMENDED JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Lamesha Rivarde Davis and Defendant Farmers Group, Inc. hereby stipulate to the dismissal of the above-captioned action in its entirety, with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted this 24th day of March, 2022.

*/s/ Jack D. McInnes*
Jack D. McInnes, KS Bar # 21898
MCINNES LAW LLC
1900 W. 75th Street, Suite 220
Prairie Village, KS 66208
Phone: (913) 220-2488
Facsimile: (913) 273-1671
jack@mcinnes-law.com

**ATTORNEY FOR PLAINTIFF**

*/s/ James R. Holland, II*
James R. Holland, II (KS 17796)
jholland@fisherphillips.com
Samantha J. Monsees (KS 25936)
smonsees@fisherphillips.com
FISHER & PHILLIPS LLP
4900 Main Street, Suite 650
Kansas City, Missouri 64112
TEL: (816) 842-8770
FAX: (816) 842-8767

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATION OF SERVICE

I hereby certify that on this 24th day of March, 2022, a true and correct copy of the foregoing document was filed with the Clerk of Court via CM/ECF and served on counsel for Defendant through the Notice of Electronic Filing.

*/s/ Jack D. McInnes*